IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-00282-CMA-CBS

UNITED STATES OF AMERICA,
    Petitioner,
v.

DAMON W. SANDERS,
    Respondent.

---

ORDER VACATING FINAL ENFORCEMENT ORDER (DOC. # 8)

---

Magistrate Judge Craig B. Shaffer

This civil action comes before the court on the Final Enforcement Order filed on March 23, 2012 (Doc. # 8).  Pursuant to the Order of Reference dated February 7, 2012, this civil action was referred to the Magistrate Judge "to conduct ALLMTN proceedings pursuant to 28 U.S.C. § 636(b)(1)(A) and (B) and Fed. R. Civ. P. 72(a) and (b)."  (See Doc. # 3).  On February 8, 2012, the Magistrate Judge ordered Respondent to appear on March 23, 2012 to show cause why he should not be compelled to obey the Internal Revenue Service summonses served on him on September 28, 2011.  (*See* Order to Show Cause (Doc. # 4)).  The court held a hearing on the Order to Show Cause on March 23, 2012, at which Respondent appeared in person.  (*See* Courtroom Minutes/Minute Order (Doc. # 7)).  On March 23, 2012, the court discharged the Order to Show Cause and entered the Final Enforcement Order.  (*See id.*, *see also* Doc. # 8).  However, a summons enforcement is a final dispositive and appealable order beyond the authority of a magistrate judge to issue. *United States v. First National Bank of Atlanta*, 628 F.2d 871, 873 (5th Cir. 1980). Accordingly, IT IS ORDERED that the Final Enforcement Order filed on March 23, 2012 (Doc. # 8) is VACATED.  The court will reissue the Order as a Recommendation under separate

cover.

DATED at Denver, Colorado, this 11th day of April, 2012.

BY THE COURT:


   s/Craig B. Shaffer    
United States Magistrate Judge