IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Christine M. Arguello**

Civil Action No. 12-cv-00282-CMA-CBS

UNITED STATES OF AMERICA,

    Petitioner,

v.

DAMON W. SANDERS,

    Respondent.

**ORDER ADOPTING AND AFFIRMING APRIL 11, 2012
RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

    The above-entitled and numbered civil action was referred to United States Magistrate Judge Craig B. Shaffer pursuant to 28 U.S.C. § 636 and Fed. R. Civ. P. 72. (Doc. # 3.)  On April 11, 2012, the Magistrate Judge issued a Recommendation, advising that "judgment be entered in favor of Petitioner and this civil action be closed." (Doc. # 10 at 3.)  The Recommendation stated that "[w]ithin fourteen days after service of a copy of the Recommendation, any party may serve and file written objections to the Magistrate Judge's proposed findings and recommendations . . . ." (*Id.*)  It also informed the parties that "[f]ailure to make timely objections may bar *de novo* review by the District Judge of the Magistrate Judge's proposed findings and recommendations . . . ." (*Id.*)  Neither party has filed objections.

"In the absence of timely objection, the district court may review a magistrate's report under any standard it deems appropriate." *Summers v. Utah*, 927 F.2d 1165, 1167 (10th Cir. 1991) (citing *Thomas v. Arn*, 474 U.S. 140, 150 (1985) (observing that "[i]t does not appear that Congress intended to require district court review of a magistrate's factual or legal conclusions, under a *de novo* or any other standard, when neither party objects to those findings")). Having reviewed the Recommendation, the Court discerns no clear error on the face of the record and finds that the Magistrate Judge's reasoning is sound.

Accordingly, it is hereby ORDERED that the Recommendation of United States Magistrate Judge Craig B. Shaffer (Doc. # 10) is AFFIRMED and ADOPTED.  Pursuant to the Recommendation, it is

FURTHER ORDERED that Respondent comply with and obey the IRS Summons served on him by appearing at the IRS office at 301 S. Howes Street, Room 302, Fort Collins, CO 80521 (or other location to be agreed upon by the parties), before Revenue Officer Michael Sandoval, telephone number (970) 495-1365, at a time to be agreed upon by the parties, but not later than May 7, 2012, to give testimony and to produce for examination and copying the records, documents, and other information demanded by the IRS Summons.  It is

FURTHER ORDERED that failure to comply with this, or any other, court order may result in Respondent being found in contempt of court and subject to possible fine or imprisonment.  It is

FURTHER ORDERED that judgment be entered in favor of Petitioner and that this civil action be closed.

DATED: May   04  , 2012

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge